Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 16−31012−KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Aura Castro
   5304 Emerson Street
   Piscataway, NJ 08854

Social Security No.:
   xxx−xx−1122

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on July 31, 2017.

On 1/30/2018 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Kathryn C. Ferguson on:

Date:            February 28, 2018
Time:            10:00 AM
Location:        Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: January 31, 2018
JAN: amg

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 16-31012-KCF
Aura Castro                                                           Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Jan 31, 2018
                              Form ID: 185             Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 02, 2018.
```
db             +Aura Castro,    5304 Emerson Street,    Piscataway, NJ 08854-4623
516480048       BANCO POPULAR,    209 MUNOZ RIVERA AVE,    SAN JUAN, PR 00918
516480049      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: BK OF AMER,    PO BOX 982238,    EL PASO, TX 79998)
516480050      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                 (address filed with court: CAPITAL ONE BANK USA N,    15000 CAPITAL ONE DR,
                   RICHMOND, VA 23238)
516480052      +ISERVERESLND,    PO Box 77404,    Trenton, NJ 08628-6404
516507406      +Sigue Corporation,    3520 Wilshire Blvd,    Los Angeles, CA 90010-2302
516507407      +Southern Bank Emerg Physicans,    PO Box 37794,    Philadelphia, PA 19101-5094
516480055      ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                 (address filed with court: TOYOTA MOTOR CREDIT,    4 GATEHALL DR STE 350,
                   PARSIPPANY, NJ 07054)
516568760      +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                 Addison, Texas 75001-9013
516553462      +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
516480061      ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                 ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
                 (address filed with court: WFHM,    8480 STAGECOACH CIR,    FREDERICK, MD 21701)
516596543       Wells Fargo Bank, N.A.,    Wells Fargo Education Financial Services,
                 PO Box 10438, MAC F8235-02F,    Des Moines, IA  50306-0438
516590128      +iServe Residential Lending, LLC,    c/o Cenlar FSB,    425 Phillips Blvd.,    Ewing NJ 08618-1430
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 31 2018 22:50:31      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 31 2018 22:50:28      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516480051      +E-mail/Text: electronicbkydocs@nelnet.net Jan 31 2018 22:50:33      DEPT OF EDUCATION/NELN,
                 121 S 13TH ST,    LINCOLN, NE 68508-1904
516700582       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 31 2018 22:56:37
                 Portfolio Recovery Associates, LLC,    c/o Capital One Bank, N.a.,    POB 41067,
                 Norfolk VA 23541
516480054      +E-mail/PDF: gecsedi@recoverycorp.com Jan 31 2018 22:46:05      SYNCB/JCP,    PO BOX 965007,
                 ORLANDO, FL 32896-5007
516495093      +E-mail/Text: electronicbkydocs@nelnet.net Jan 31 2018 22:50:33
                 U.S. Department of Education C/O Nelnet,    121 S 13TH ST, SUITE 201,    LINCOLN, NE 68508-1911
                                                                                              TOTAL: 6
```
```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516480053        PROV/ISERVE RESIDENTIA
lm*             +ISERVERESLND,    PO Box 77404,    Trenton, NJ 08628-6404
516480056*     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                 (address filed with court: TOYOTA MOTOR CREDIT CO,    4 GATEHALL DR STE 350,
                   PARSIPPANY, NJ 07054)
516480057*     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                 (address filed with court: TOYOTA MOTOR CREDIT CO,    4 GATEHALL DR STE 350,
                   PARSIPPANY, NJ 07054)
516480058*     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                 (address filed with court: TOYOTA MOTOR CREDIT CO,    4 GATEHALL DR STE 350,
                   PARSIPPANY, NJ 07054)
516480060*     +TRANSWORLD SYSTEM INC/,    2235 MERCURY WAY STE 275,    SANTA ROSA, CA 95407-5463
516577353*     +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                 Addison, Texas 75001-9013
516577355*     +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                 Addison, Texas 75001-9013
516480059      ##+TRANSWORLD SYSTEM INC/,    2235 MERCURY WAY STE 275,    SANTA ROSA, CA 95407-5463
                                                                                   TOTALS: 1, * 7, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Jan 31, 2018
                              Form ID: 185             Total Noticed: 19
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 02, 2018                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 31, 2018 at the address(es) listed below:

      Albert    Russo    docs@russotrustee.com
      Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
      Rebecca Ann Solarz    on behalf of Creditor    Toyota Lease Trust rsolarz@kmllawgroup.com
      Russell L. Low    on behalf of Debtor Aura  Castro rbear611@aol.com, ecf@lowbankruptcy.com;r57808@notify.bestcase.com
      William M. E. Powers, III    on behalf of Creditor    Cenlar FSB servicing agent for iServe Residential Lending, LLC ecf@powerskirn.com
      William M. E. Powers, III    on behalf of Loss Mitigation    ISERVERESLND ecf@powerskirn.com
      William M.E. Powers    on behalf of Creditor    Cenlar FSB servicing agent for iServe Residential Lending, LLC ecf@powerskirn.com
      William M.E. Powers, III    on behalf of Creditor    Cenlar FSB servicing agent for iServe Residential Lending, LLC ecf@powerskirn.com

                                                              TOTAL: 8