UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**
2015-3023

Powers Kirn, LLC
ecf@powerskirn.com
728 Marne Highway, Suite 200
Moorestown, NJ 08057
856-802-1000

Order Filed on March 6, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Aura Castro

Case No.: 16-31012-KCF

Hearing Date: 02/28/2018

Judge: Honorable Kathryn C. Ferguson

Chapter: 13

## ORDER CURING ARREARS AND PROVIDING FOR FURTHER DEFAULT

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

DATED: March 6, 2018

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

**Page 2**
Debtor: Aura Castro
Case No.: 16-31012-KCF
Caption of Order:                ORDER CURING ARREARS AND PROVIDING
                                        FOR FURTHER DEFAULT

---

Upon the motion of Powers Kirn, LLC, Attorney for Cenlar FSB servicing agent for iServe Residential Lending, LLC, debtor(s)' mortgagee, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain real property as hereinafter set forth, and for cause shown, it is

**ORDERED** as follows:

1. Debtor(s) shall commence curing post petition arrears through February 1, 2018, in the sum of $17,881.47 which is itemized as follows:

| Qty | Item | Amount | (From - To) | | Extended Amount |
|---|---|---|---|---|---|
| 6 | Payments @ | $2,526.74 | (08/01/2017 - 01/01/2018) | = | $15,160.44 |
| 1 | Payments @ | $2,721.03 | (02/01/2018 - 02/01/2018) | = | $2,721.03 |
|  | Less suspense | $1,478.27 |  | = | $-1,478.27 |
|  | Arrears to Cure: |  |  | = | $16,403.20 |

2. Debtor(s) shall make an immediate payment of $10,000.00 towards the arrears set forth above.

3. Post petition arrears of $6,403.20 shall be cured through the debtor(s)' plan and are hereby added to the claim filed by the mortgagee.

4. The debtor(s) shall file a Modified Chapter 13 Plan within fourteen (14) days of the entry of this order providing for the payment of the amount set forth in paragraph three (3) along with payment in full of the pre-petition arrears due claimed by iServe Residential Lending, LLC, in the amount of $46,781.68 as set forth in Claim #6.

5. Debtor(s) shall resume regular monthly mortgage payments starting on March 1, 2018, in accordance with the terms of the Note, Mortgage, and any Modification Agreement(s), if applicable.

6. The mortgagee is awarded a counsel fee and costs of $531.00 on this application, which sum shall be collected and disbursed by the standing trustee in addition to the mortgagee's claim.

**Page 3**
Debtor: Aura Castro
Case No.: 16-31012-KCF

Caption of Order:  ORDER CURING ARREARS AND PROVIDING
FOR FURTHER DEFAULT

7.   Should debtor(s) default in any payment for a period exceeding thirty (30) days, upon certification of mortgagee's attorney, with notice to the trustee, debtor and debtor's attorney, if any, but without further hearing, the stay shall be vacated by further order of this Court.

8.   The movant shall serve this order on the debtor, any trustee and other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 16-31012-KCF
Aura Castro                                                             Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3         User: admin              Page 1 of 1              Date Rcvd: Mar 06, 2018
                             Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 08, 2018.
db             +Aura Castro,   5304 Emerson Street,   Piscataway, NJ 08854-4623

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 08, 2018                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 6, 2018 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Rebecca Ann Solarz    on behalf of Creditor    Toyota Lease Trust rsolarz@kmllawgroup.com
              Russell L. Low    on behalf of Debtor Aura  Castro rbear611@aol.com,
               ecf@lowbankruptcy.com;r57808@notify.bestcase.com
              William M. E. Powers, III    on behalf of Creditor    Cenlar FSB servicing agent for iServe
               Residential Lending, LLC ecf@powerskirn.com
              William M. E. Powers, III    on behalf of Loss Mitigation    ISERVERESLND ecf@powerskirn.com
              William M.E. Powers    on behalf of Creditor    Cenlar FSB servicing agent for iServe Residential
               Lending, LLC ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor    Cenlar FSB servicing agent for iServe
               Residential Lending, LLC ecf@powerskirn.com
                                                                                             TOTAL: 8