Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

                Case No.: 16−31012−KCF
                Chapter: 13
                Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Aura Castro
   5304 Emerson Street
   Piscataway, NJ 08854

Social Security No.:
   xxx−xx−1122

Employer's Tax I.D. No.:

---

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 3/8/18.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: March 8, 2018
JAN: slf

                                                                                   Jeanne Naughton
                                                                                   Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Aura Castro  
    Debtor

Case No. 16-31012-KCF  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 2    Date Rcvd: Mar 08, 2018  
                       Form ID: 148    Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 10, 2018.
```
db             +Aura Castro,    5304 Emerson Street,    Piscataway, NJ 08854-4623
516480048       BANCO POPULAR,    209 MUNOZ RIVERA AVE,    SAN JUAN, PR 00918
516480052      +ISERVERESLND,    PO Box 77404,    Trenton, NJ 08628-6404
516507406      +Sigue Corporation,    3520 Wilshire Blvd,    Los Angeles, CA 90010-2302
516507407      +Southern Bank Emerg Physicans,    PO Box 37794,    Philadelphia, PA 19101-5094
516568760      +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                 Addison, Texas 75001-9013
516553462      +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
516590128      +iServe Residential Lending, LLC,    c/o Cenlar FSB,    425 Phillips Blvd.,    Ewing NJ 08618-1430
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 08 2018 23:24:40      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 08 2018 23:24:37      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516480049       EDI: BANKAMER.COM Mar 09 2018 03:53:00      BK OF AMER,    PO BOX 982238,    EL PASO, TX 79998
516480050       EDI: CAPITALONE.COM Mar 09 2018 03:53:00      CAPITAL ONE BANK USA N,    15000 CAPITAL ONE DR,
                 RICHMOND, VA 23238
516480051      +E-mail/Text: electronicbkydocs@nelnet.net Mar 08 2018 23:24:43      DEPT OF EDUCATION/NELN,
                 121 S 13TH ST,    LINCOLN, NE 68508-1904
516700582       EDI: PRA.COM Mar 09 2018 03:53:00      Portfolio Recovery Associates, LLC,
                 c/o Capital One Bank, N.a.,    POB 41067,    Norfolk VA 23541
516480054      +EDI: RMSC.COM Mar 09 2018 03:53:00      SYNCB/JCP,    PO BOX 965007,    ORLANDO, FL 32896-5007
516480055       EDI: TFSR.COM Mar 09 2018 03:53:00      TOYOTA MOTOR CREDIT,    4 GATEHALL DR STE 350,
                 PARSIPPANY, NJ 07054
516495093      +E-mail/Text: electronicbkydocs@nelnet.net Mar 08 2018 23:24:43
                 U.S. Department of Education C/O Nelnet,    121 S 13TH ST, SUITE 201,    LINCOLN, NE 68508-1911
516480061       EDI: WFFC.COM Mar 09 2018 03:53:00      WFHM,    8480 STAGECOACH CIR,    FREDERICK, MD 21701
516596543       EDI: WFFC.COM Mar 09 2018 03:53:00      Wells Fargo Bank, N.A.,
                 Wells Fargo Education Financial Services,    PO Box 10438, MAC F8235-02F,
                 Des Moines, IA  50306-0438
                                                                                               TOTAL: 11
```

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
516480053       PROV/ISERVE RESIDENTIA
lm*            +ISERVERESLND,    PO Box 77404,    Trenton, NJ 08628-6404
516480056*     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court: TOYOTA MOTOR CREDIT CO,    4 GATEHALL DR STE 350,
                 PARSIPPANY, NJ 07054)
516480057*     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court: TOYOTA MOTOR CREDIT CO,    4 GATEHALL DR STE 350,
                 PARSIPPANY, NJ 07054)
516480058*     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court: TOYOTA MOTOR CREDIT CO,    4 GATEHALL DR STE 350,
                 PARSIPPANY, NJ 07054)
516480060*     +TRANSWORLD SYSTEM INC/,    2235 MERCURY WAY STE 275,    SANTA ROSA, CA 95407-5463
516577353*     +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                 Addison, Texas 75001-9013
516577355*     +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                 Addison, Texas 75001-9013
516480059     ##+TRANSWORLD SYSTEM INC/,    2235 MERCURY WAY STE 275,    SANTA ROSA, CA 95407-5463
                                                                                    TOTALS: 1, * 7, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0312-3          User: admin              Page 2 of 2           Date Rcvd: Mar 08, 2018
                              Form ID: 148             Total Noticed: 19
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 10, 2018                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 8, 2018 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Rebecca Ann Solarz    on behalf of Creditor    Toyota Lease Trust rsolarz@kmllawgroup.com
              Russell L. Low    on behalf of Debtor Aura  Castro rbear611@aol.com,
               ecf@lowbankruptcy.com;r57808@notify.bestcase.com
              William M. E. Powers, III    on behalf of Creditor    Cenlar FSB servicing agent for iServe
               Residential Lending, LLC ecf@powerskirn.com
              William M. E. Powers, III    on behalf of Loss Mitigation    ISERVERESLND ecf@powerskirn.com
              William M.E. Powers    on behalf of Creditor    Cenlar FSB servicing agent for iServe Residential
               Lending, LLC ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor    Cenlar FSB servicing agent for iServe
               Residential Lending, LLC ecf@powerskirn.com
                                                                                               TOTAL: 8
```